# Attachment 1

CONSENT TO SUE

I hereby agree and consent to be a plaintiff in the judicial lawsuit under the overtime provisions of the Fair Labor Standards Act with respect to my labor with Modern Business Workplace Solutions, LLC, and other related individuals and/or businesses.

Phillip Lamar Jackson

Full Name

*Phillip J.J.*
Phillip Jackson (Jun 1, 2023 19:22 EDT)

Signature

Jun 1, 2023

Date