# United States District Court

## *Southern District of Georgia*

Phillip Jackson
_____
Plaintiff

v. Garnett Johnson et al.
_____
Defendant

Case No. ____1:23-cv-74-JRH-BKE____

Appearing on behalf of : _____
Plaintiff
_____
(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, ____Jake Knanishu____ hereby requests permission to appear pro hac vice in the subject case filed in the ____Augusta____ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, ____Middle District of Georgia____. *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates ____Zachary Panter____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __7th__ day of __August__, __2023__.

_____
(Signature of *Petitioner*)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, ____Zachary Panter____, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.

This __7__ day of __August__, __2023__.

__822012__
Georgia Bar Number

__678-271-0300__
Business Telephone

_____
Signature of Local Counsel

__Radford & Keebaugh, LLC__ (Law Firm)
__315 W Ponce de Leon Ave__ (Business Address)
__Decatur, GA 30030__ (City, State, Zip)
_____ (Mailing Address)
__zachary@decaturlegal.com__ (Email Address)