AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

**MIDDLE DISTRICT OF GEORGIA**

**CERTIFICATE OF GOOD STANDING**

I, David W. Bunt, Clerk of this Court,

certify that JAKE KNANISHU, Bar No. 597103

was duly admitted to practice in this Court on

January 11, 2022, and is in good standing

as a member of the Bar of this Court.

Dated at Athens, Georgia on August 15, 2023.



| David W. Bunt | s/ Gail G. Sellers |
| CLERK | DEPUTY CLERK |