IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| Phillip JACKSON, | ) | |
| | ) | Civil Action No. |
|    Plaintiff, | ) | |
| v. | ) | 1:23-CV-74-JRH-BKE |
| | ) | |
| Garnett JOHNSON, and Modern | ) | |
| Business Workplace Solutions, LLC, | ) | |
| | ) | |
|    Defendants. | ) | |
| | ) | |
| _____ | ) | |

## Rule 83 Certificate

I, the undersigned, in support of my *Application for Admission Pro Hac Vice,* hereby certify that I am an attorney in good standing with the District Court for the Middle District of Georgia, and that I have appeared as counsel in no other cases in the District Court of the Southern District of Geogia.

This 15th day of August, 2023.

                                                          *s/ Jake Knanishu*
                                                         Jake Knanishu
                                                          Georgia Bar No. 597103
                                                          *Attorney for Plaintiff*

**Radford & Keebaugh, LLC**
315 W. Ponce de Leon Ave.
Suite 1080
Decatur, Georgia 30030
T: (678) 271-0300
F: (678) 271-0311
jake@decaturlegal.com