# United States District Court
## *Southern District of Georgia*

Phillip Jackson

_____
Plaintiff

**v.**

Garnett Johnson et al.

_____
Defendant

Case No. ___1:23-cv-74-JRH-BKE___

Appearing on behalf of

Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____ , _____ .


_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
**\*\*\*\*\***

NAME OF PETITIONER:      Jake Knanishu
                         _____

Business Address:        Radford & Keebaugh, LLC
                         _____
                                      Firm/Business Name

                         315 W Ponce de Leon Ave
                         _____
                                      Street Address

                         _____  Decatur      GA      30030
                         _____  _____  _____  _____
                         Street Address (con't)  City   State   Zip

                         _____
                         Mailing Address (if other than street address)

                         _____  _____  _____  _____
                         Address Line 2      City       State   Zip

                         _____  _____
                         Telephone Number (w/ area code)  Georgia Bar Number

Email Address:           jake@decaturlegal.com
                         _____