IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| Phillip JACKSON, | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | |
| v. | ) | 1:23-CV-74-JRH-BKE |
| | ) | |
| Garnett JOHNSON, and Modern Business Workplace Solutions, LLC, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

## **NOTICE OF FILING OF RULE 26(f) REPORT**

Attached hereto as Exhibit A is the Rule 26(f) report all parties have jointly completed and signed.

                                            */s/ Zachary Panter*
                                            Zachary Panter
                                            Georgia Bar No. 822012
                                            zachary@decaturlegal.com

Radford & Keebaugh, LLC
315 West Ponce De Leon Ave.
Suite 1080
Decatur, GA 30030
(678) 271-0300

## CERTIFICATE OF SERVICE

  I certify that, on September 12, 2023, I filed the foregoing document through the Court's CM/ECF system, which will send email notification of such filing to all attorneys of record in this matter.

            */s/Zachary Panter*
            Georgia Bar No. 822012

# Exhibit A

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

## AUGUSTA DIVISION

| | |
|---|---|
| Phillip Jackson )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>Garnett JOHNSON and Modern Business )<br>Workplace Solutions, LLC )<br>)<br>Defendants ) | Case No. 1:23-cv-74-JRH-BKE |

## RULE 26(f) REPORT

1. Date of Rule 26(f) conference: __8/29/2023__
2. Parties or counsel who participated in conference:
   Jake Knanishu, Daniel Hamilton

3. If any defendant has yet to be served, please identify the defendant and state when service is expected.
   N/A

4. Date the Rule 26(a)(1) disclosures were made or will be made:
   9/12/2023

5. If any party objects to making the initial disclosures required by Rule 26(a)(1) or proposes changes to the timing or form of those disclosures,
   (a) Identify the party or parties making the objection or proposal:

   N/A

   (b) Specify the objection or proposal:
   N/A

_____
_____
_____

6.    The Local Rules provide a 140-day period for discovery. If any party is requesting additional time for discovery,

    (a)    Identify the party or parties requesting additional time:

        N/A_____
        _____
        _____

    (b)    State the number of months the parties are requesting for discovery:

                                                      N/A
                                                     _____
months

    (c)    Identify the reason(s) for requesting additional time for discovery:

        ____ Unusually large number of parties

        ____ Unusually large number of claims or defenses

        ____ Unusually large number of witnesses

        ____ Exceptionally complex factual issues

        ____ Need for discovery outside the United States

        ____ Other: _____

    (d)    Please provide a brief statement in support of each of the reasons identified above:

N/A_____
_____
_____

_____
_____
_____
_____

7. If any party is requesting that discovery be limited to particular issues or conducted in phases, please

   (a) Identify the party or parties requesting such limits:

   N/A_____

   _____

   _____

   (b) State the nature of any proposed limits:

   N/A_____

   _____

   _____

8. The Local Rules provide, and the Court generally imposes, the following deadlines:

| | |
|---|---|
| Last day for filing motions to add or join parties or amend pleadings | 60 days after issue is joined |
| Last day to furnish expert witness report by plaintiff | 60 days after Rule 26(f) conference |
| Last day to furnish expert witness report by a defendant | 90 days after Rule 26(f) conference (or 60 days after the answer, whichever is later) |

| Last day to file motions | 30 days after close of discovery |

If any party requests a modification of any of these deadlines,

(a) Identify the party or parties requesting the modification:

N/A

(b) State which deadline should be modified and the reason supporting the request:

N/A

9. If the case involves electronic discovery,

(a) State whether the parties have reached an agreement regarding the preservation, disclosure, or discovery of electronically stored information, and if the parties prefer to have their agreement memorialized in the scheduling order, briefly describe the terms of their agreement:

Documents will be produced in .pdf format by default

(b) Identify any issues regarding electronically stored information as to which the parties have been unable to reach an agreement:

The parties have, at present, been unable to reach an agreement regarding native-format document production, but have agreed to work collaboratively to resolve

any such issues if they arise

10. If the case is known to involve claims of privilege or protection of trial preparation material,

    (a) State whether the parties have reached an agreement regarding the procedures for asserting claims of privilege or protection after production of either electronic or other discovery material:

        The parties do not, at present, anticipate needing a protective order or other such agreement, but have agreed to work collaboratively to implement one if necessary

    (b) Briefly describe the terms of any agreement the parties wish to have memorialized in the scheduling order (or attach any separate proposed order which the parties are requesting the Court to enter addressing such matters):

        N/A

    (c) Identify any issues regarding claims of privilege or protection as to which the parties have been unable to reach an agreement:

        N/A

11. State any other matters the Court should include in its scheduling order:

    N/A

12. The parties certify by their signatures below that they have discussed the nature and basis of their claims and defenses and

the possibilities for prompt settlement or resolution of the case. Please state any specific problems that have created a hindrance to the settlement of the case:

No specific problems beyond a general disagreement as to the extent of Defendant's

liability and Plaintiff's damages

This __12th__ day of __September__, 2023

Signed: _____
Attorney for Plaintiff

_____
Attorney for Defendant