IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| PHILLIP JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-074 |
| | ) | |
| GARNETT JOHNSON and MODERN BUSINESS WORKPLACE SOLUTIONS, LLC, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**SCHEDULING ORDER**

In consideration of Fed. R. Civ. P. 16(b), the Local Rules, and the Rule 26(f) Report, and the Court imposes the following scheduling deadlines:

| | |
|---|---|
| DATE ISSUE JOINED | August 18, 2023 |
| DATE OF RULE 26(f) CONFERENCE | August 29, 2023 |
| LAST DAY FOR FILING MOTIONS TO AMEND OR ADD PARTIES | November 16, 2023 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY PLAINTIFF | November 27, 2023 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY A DEFENDANT | December 27, 2023 |
| CLOSE OF DISCOVERY | February 5, 2024 |
| JOINT STATUS REPORT[1] | February 5, 2024 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but | March 5, 2024 |

---

[1] On the date the discovery period expires, the parties shall file a Joint Status Report, found on the Court's website under Forms, Judge Epps Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps. Any extension of the discovery period automatically extends the Joint Status Report deadline.

EXCLUDING MOTIONS IN LIMINE

SO ORDERED this 13th day of September, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA