# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

# CLERK'S MINUTES - GENERAL

CASE NO. **1:23cv074**　　　　　　　　　　　　　　　　　　　　DATE **December 12, 2023**

TITLE **Jackson v Johnson, et al.**　　　　　　　　　　　　　　　TIMES **12.5 hours**

Honorable: **Brian K. Epps, United States Magistrate Judge**　　Courtroom Deputy: **Courtnay Capps**

Court Reporter:

| Plaintiff | Defendant |
|---|---|
| **Phillip Jackson, Plaintiff**<br>**Jake Knanishu, Attorney** | **Garnett Johnson, Defendant**<br>**Toni Seal-Johnson, VP/Co-Owner of Modern Business Workplace Solutions**<br>**Daniel W. Hamilton, Attorney**<br>**Jason R. Graves, Attorney** |

PROCEEDINGS: **Mediation - Augusta, Georgia**　　　　　　　　☐ In Court
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☑ In Chambers

NOTES:

Mediation held. Case settled.
Final agreement signed on or before 1/19/2024. Dismissal filed on or before 3/4/2024.