IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| Phillip JACKSON, ) | |
| ) | Civil Action No. |
| Plaintiff, ) | |
| v. ) | 1:23-CV-74-JRH-BKE |
| ) | |
| Garnett JOHNSON, and Modern ) | |
| Business Workplace Solutions, LLC, ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

The above-named Parties, through their undersigned counsel, report the status of settlement discussions in compliance with the Court's Order of April 26, 2024. (Dkt. 15). Counsel have discussed the order between themselves and have exchanged drafts of an amended settlement agreement and motion for approval. However, due to other professional obligations, the Parties have not yet been able to execute the amended settlement agreement.

Counsel anticipate submitting a motion to approve settlement and an amended settlement agreement on or before May 24, 2024.

-1-

Respectfully submitted this May 10, 2024.

| | |
|---|---|
| */s/ Daniel W. Hamilton*\* <br> Daniel W. Hamilton <br> Georgia Bar No. 320855 <br> */s/ Jason R. Graves*\* <br> Jason R. Graves <br> Georgia Bar No. 530049 <br> Plunkett Hamilton Manton & Graves, LLP <br> 429 Walker Street, Upper Level <br> Augusta, Georgia 30901 <br> Telephone: (706) 722-6200 <br> dhamilton@phmglaw.com <br> jgraves@phmglaw.com <br><br> *Counsel for Defendants* <br><br> *\*With express permission* | */s/ Jake Knanishu* <br> Jake Knanishu <br> Georgia Bar No. 597103 <br> */s/ Zachary Panter* <br> Zachary Panter <br> Georgia Bar No. 822012 <br> Radford Scott, LLP <br> 315 W. Ponce de Leon Ave. <br> Suite 1080 <br> Decatur, Georgia 30030 <br> T: (678) 271-0300 <br> F: (678) 271-0311 <br> jknanishu@radfordscott.com <br> zpanter@radfordscott.com <br><br> *Counsel for Plaintiff* |

## Certificate of Service

     I certify that on May 10, 2024, I filed the foregoing document using the Court's electronic filing system, which will send email notification of such filing to all counsel of record in this matter.

                                              */s/ Jake Knanishu*
                                              Jake Knanishu
                                              Georgia Bar No. 597103