# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| Phillip JACKSON, | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | |
| v. | ) | 1:23-CV-74-JRH-BKE |
| | ) | |
| Garnett JOHNSON, and Modern | ) | |
| Business Workplace Solutions, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER APPROVING SETTLEMENT AGREEMENT
AND DISMISSING CASE WITH PREJUDICE**

This case involves claims under the Fair Labor Standards Act ("FLSA"). 29 U.S.C. § 201, *et seq.* This matter is before the Court on the parties' Second Joint Motion to Approve Settlement (the "Joint Motion") for the approval of their compromise and settlement of this action.

The Court acknowledges that this Order is a judicial approval of a reasonable compromise—not a finding, conclusion, or reflection of any admission of any violation of the law. The Court has reviewed the Joint Motion, the joint memorandum in support thereof, and the Parties' proposed settlement agreement attached thereto (the "Settlement Agreement"). The Court is of the opinion that the Parties present *bona fide* disputes of fact and law, and the Court is of the opinion that the Parties' Settlement Agreement reflects a fair and reasonable resolution of these *bona fide* disputes. The Court therefore ORDERS as follows:

1. The Parties' Joint Motion is GRANTED.

2. The Court APPROVES the form of the Settlement Agreement.

3. The Court APPROVES the monetary distribution to Plaintiff and Plaintiff's counsel as described in the Settlement Agreement and ORDERS Defendants to make payments accordingly.

4. This case is hereby DISMISSED WITH PREJUDICE with each party to bear its own expenses and fees except as provided in the Settlement Agreement.

The Court shall retain jurisdiction over this matter for the purposes of enforcing the terms of the Settlement Agreement.

So ordered this \_\_\_\_ day of _____ 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE