# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| Phillip JACKSON, | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | |
| v. | ) | 1:23-CV-74-JRH-BKE |
| | ) | |
| Garnett JOHNSON, and Modern | ) | |
| Business Workplace Solutions, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF JAKE KNANISHU

COMES NOW Jake Knanishu, who declares under penalty of perjury and states as follows:

1. My name is Jake Knanishu. I am lead counsel for Plaintiff Phillip Jackson ("Plaintiff") in the above-captioned civil action.

2. I submit this Declaration in support of the parties' Second Joint Motion to Approve Settlement.

3. During Plaintiff's employment with the Defendants, his regular hourly rate of pay was eighteen dollars ($18) per hour.

4. Plaintiff is claiming 229.5 hours' worth of unpaid wages, a total of $6,196.50 at one and one-half times his regular hourly rate of pay.

5. Plaintiff also claims an equal amount of liquidated damages, resulting in a total of $12,393.00 in damages arising out of his claim for unpaid overtime.

1

6. I received my J.D. from the University of Georgia School of Law in 2021.

7. In August 2021, I joined the law firm of Radford & Keebaugh, LLC, in Decatur, Georgia. On October 1, 2023, Radford & Keebaugh became Radford Scott LLP.

8. I am the most tenured associate at Radford Scott, where I represent plaintiffs in employment and civil rights litigation.

9. I have served as counsel for plaintiffs in dozens of employment rights cases.

10. In the relevant legal market for this action, the reasonable rate for attorneys without specialized expertise was $300/hour in 2022. (Dkt. 15 at 7) (citing *Kirkland v. QLS Enters., LLC*, No. CV 121-133, 2022 WL 988003, at *2 (S.D. Ga. Mar. 31, 2022)).

11. According to the *Daily Report*, Atlanta law firm billing rates increased by nine and one-half percent (9.5%) in the first nine months of 2023. *See* Spigolon, Thomas, *Even as Billing Rates Soared, Atlanta Law Firms See Slowdown in Revenue Growth*, The Daily Report (Nov. 28, 2023) (available at https://www.law.com/dailyreportonline/2023/11/28/even-as-billing-rates-soared-atlanta-law-firms-see-slowdown-in-revenue-growth/?slreturn=20240214120645).

12. During my representation of the Plaintiff in this matter, I have kept

contemporaneous time records related to my work. Those time records were recorded in Clio, my law firm's computerized timekeeping software, during the normal course and scope of my work, recording my fees at an hourly rate of $315/hour, five percent (5%) greater than the reasonable rate for attorneys of my experience in the relevant legal market in 2022.

13. During my representation of the Plaintiff in this matter, I spent forty-three and one-tenth (43.1) hours performing necessary legal services through and including the parties' first motion for approval of the settlement, submitted January 30, 2024.

14. A complete compilation of my contemporaneous time records in attached hereto as Attachment A.

15. As set forth in Attachment A, my total attorneys' fees as of January 30, 2024, are $13,576.50.  I have spent considerable additional time on the case since.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated:    Decatur, Georgia
          May 23, 2024

_____
Jake Knanishu
Georgia Bar No. 597103
jknanishu@radfordscott.com
RADFORD SCOTT, LLP
315 W. Ponce de Leon Ave.
Suite 1080
Decatur, Georgia 30030
(678) 271-0300

# Attachment A



**INVOICE**

# Radford Scott LLP

160 Clairemont Ave., Suite 610
Decatur, GA 30030

Phillip Jackson

## 01183-Jackson

## FLSA claims for unpaid wages/retaliation against Modern Business Workplace Solutions

| Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 02/16/2023 | Jake Knanishu | Call with client to discuss | 0.20 | $315.00 | $63.00 |
| 03/07/2023 | Jake Knanishu | Drafting demand letter, | 1.20 | $315.00 | $378.00 |
| 03/09/2023 | Jake Knanishu | Finalizing, sending demand letter | 0.60 | $315.00 | $189.00 |
| 04/03/2023 | Jake Knanishu | Client update, call to OC (left voicemail), talking to Dan about possible tolling agreement | 0.20 | $315.00 | $63.00 |
| 04/06/2023 | Jake Knanishu | Phone call with OC, drafting and sending tolling agreement | 0.40 | $315.00 | $126.00 |
| 04/11/2023 | Jake Knanishu | Check in with OC re: tolling agreement | 0.10 | $315.00 | $31.50 |
| 04/14/2023 | Jake Knanishu | Starting on complaint | 0.60 | $315.00 | $189.00 |
| 04/18/2023 | Jake Knanishu | Planning call with client, call to OC, follow-up research and email to OC re: FLSA and lump-sum discretionary bonuses | 1.40 | $315.00 | $441.00 |
| 04/21/2023 | Jake Knanishu | Status update with client | 0.20 | $315.00 | $63.00 |
| 05/08/2023 | Jake Knanishu | Status update with client | 0.10 | $315.00 | $31.50 |
| 05/12/2023 | Jake Knanishu | Call with client about | 0.20 | $315.00 | $63.00 |
| 05/21/2023 | Jake Knanishu | Finishing complaint first draft | 2.00 | $315.00 | $630.00 |
| 05/25/2023 | Jake Knanishu | Reviewing complaint and litigation strategy with Dan | 0.40 | $315.00 | $126.00 |
| 06/01/2023 | Jake Knanishu | Researching and editing complaint to include Johnson in his individual capacity; drafting and | 0.80 | $315.00 | $252.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | getting client's signature on consent to sue | | | |
| 06/06/2023 | Jake Knanishu | Researching potential false-returns claim, ▮ | 0.60 | $315.00 | $189.00 |
| 06/08/2023 | Jake Knanishu | Drafting summonses and cover sheet, fixing complaint for Southern District, coordinating with Zack for initial pleadings, filing everything | 1.30 | $315.00 | $409.50 |
| 06/09/2023 | Jake Knanishu | Organizing file-stamped copies of initial pleadings; drafting and sending settlement offer and request for waiver of service to OC | 0.50 | $315.00 | $157.50 |
| 06/20/2023 | Jake Knanishu | Call with OC, follow-up strategy meeting with Dan, drafting and sending waiver of service form | 1.10 | $315.00 | $346.50 |
| 07/07/2023 | Jake Knanishu | Reviewing counteroffer, strategizing next move, ▮ | 0.20 | $315.00 | $63.00 |
| 07/21/2023 | Jake Knanishu | Reminder email to OC | 0.20 | $315.00 | $63.00 |
| 07/27/2023 | Jake Knanishu | Update email to client ▮ | 0.70 | $315.00 | $220.50 |
| 08/07/2023 | Jake Knanishu | Researching PHV admission process | 0.70 | $315.00 | $220.50 |
| 08/09/2023 | Jake Knanishu | Correspondence with client about ▮ | 0.20 | $315.00 | $63.00 |
| 08/15/2023 | Jake Knanishu | Filing PHV application | 0.50 | $315.00 | $157.50 |
| 08/18/2023 | Jake Knanishu | Reviewing Defendants' Answer | 0.10 | $315.00 | $31.50 |
| 08/21/2023 | Jake Knanishu | Drafting IDs, contacting OC about 26(f) | 1.00 | $315.00 | $315.00 |
| 08/29/2023 | Jake Knanishu | 26(f) conference | 0.70 | $315.00 | $220.50 |
| 08/29/2023 | Jake Knanishu | Finishing first draft of 26(f) report, legal research, sending both to OC | 1.00 | $315.00 | $315.00 |
| 09/11/2023 | Jake Knanishu | Call with OC re: edits to 26(f) report, settlement/mediation potential | 0.80 | $315.00 | $252.00 |
| 09/12/2023 | Jake Knanishu | Finishing IDs, CoS, sending, filing | 0.50 | $315.00 | $157.50 |
| 09/12/2023 | Jake Knanishu | Finshing JPR and cover sheet, getting signatures, filing | 0.50 | $315.00 | $157.50 |
| 09/19/2023 | Jake Knanishu | Call with OC re: mediation potential | 0.30 | $315.00 | $94.50 |
| 09/21/2023 | Jake Knanishu | Correspondence with client, OC re: ▮ | 0.20 | $315.00 | $63.00 |
| 09/28/2023 | Jake Knanishu | ▮ with client, OC | 0.10 | $315.00 | $31.50 |
| 10/11/2023 | Jake Knanishu | Correspondence with OC re: mediation scheduling, consent motion to stay discovery pending mediation | 0.20 | $315.00 | $63.00 |
| 10/27/2023 | Jake Knanishu | correspondence with client re: ▮ | 0.30 | $315.00 | $94.50 |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/2023 | Jake Knanishu | Reminder email to client re: ███ | 0.10 | $315.00 | $31.50 |
| 12/04/2023 | Jake Knanishu | Organizing and reviewing evidence, drafting mediation statement, setting up prep meeting with client | 4.20 | $315.00 | $1,323.00 |
| 12/07/2023 | Jake Knanishu | (1.5) Prep call with client<br>(2.5) Finishing mediation statement, attachments, submitting everything,<br>(.7) Completing online risk-analysis assessment for the Court | 4.70 | $315.00 | $1,480.50 |
| 12/07/2023 | Jake Knanishu | Researching judge for mediation | 0.30 | $315.00 | $94.50 |
| 12/10/2023 | Jake Knanishu | Planning, drafting mediation opening statement | 0.60 | $315.00 | $189.00 |
| 12/11/2023 | Jake Knanishu | Mediation prep | 0.20 | $315.00 | $63.00 |
| 12/12/2023 | Jake Knanishu | Mediation | 8.70 | $315.00 | $2,740.50 |
| 12/28/2023 | Jake Knanishu | Reminder email to OC re: draft settlement agreement | 0.10 | $315.00 | $31.50 |
| 01/03/2024 | Jake Knanishu | Reviewing, editing draft settlement agreement, convo with Dan re: same, sending edits to OC | 0.70 | $315.00 | $220.50 |
| 01/16/2024 | Jake Knanishu | Reminder email to OC re: settlement deadline | 0.10 | $315.00 | $31.50 |
| 01/19/2024 | Jake Knanishu | Emails with OC, texts with client re: ███ | 0.70 | $315.00 | $220.50 |
| 01/23/2024 | Jake Knanishu | Reminder email to OC re: settlement deadlines and outstanding items | 0.20 | $315.00 | $63.00 |
| 01/23/2024 | Jake Knanishu | ███ with client | 0.30 | $315.00 | $94.50 |
| 01/25/2024 | Jake Knanishu | (.1) finishing execution of settlement agreement<br>(1) researching and drafting motion for approval of settlement<br>(.5) researching and drafting proposed order | 1.60 | $315.00 | $504.00 |
| 01/26/2024 | Jake Knanishu | Finishing proposed order, sending everything to OC for approval to file jointly | 0.20 | $315.00 | $63.00 |
| 01/30/2024 | Jake Knanishu | Reviewing OC's edits on motion to approve, correspondence with OC re: same | 0.10 | $315.00 | $31.50 |
| 01/30/2024 | Jake Knanishu | Finalizing, organizing, pdf-ing, filing motion for approval and attachments | 0.20 | $315.00 | $63.00 |

Total $13,576.50