# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| Phillip JACKSON, | ) | |
| | ) | Civil Action No. |
|    Plaintiff, | ) | |
| v. | ) | 1:23-CV-74-JRH-BKE |
| | ) | |
| Garnett JOHNSON, and Modern | ) | |
| Business Workplace Solutions, LLC, | ) | |
| | ) | |
|    Defendants. | ) | |

## DECLARATION OF DANIEL WERNER

COMES NOW DANIEL WERNER, who declares under penalty of perjury and states as follows:

1.    My name is Daniel Werner. I am counsel for Plaintiff Phillip Jackson ("Plaintiff") in the above-captioned civil action.

2.    I submit this Declaration in support of the parties' Second Joint Motion to Approve Settlement.

3.    I received my J.D. from State University of New York at Buffalo School of Law in 1996 and have devoted my career to representing immigrant workers in civil and employment rights litigation.

4.    I am an attorney licensed to practice law in New York and Georgia. I was first admitted to practice law in Florida in February 1997 and subsequently in the U.S. District Courts for the Middle and Southern Districts of Florida. I have since

1

retired from the Florida Bar and from the U.S. District Courts in Florida. I have been a member of the New York Bar since May 2001. I was admitted to the Georgia Bar in October 2008. I also am admitted to practice before all U.S. District Courts in Georgia; the Western, Southern, and Eastern Districts of New York; and the U.S. Courts of Appeals for the Third, Fifth, and Ninth, and Eleventh Circuits. Finally, I have been admitted *pro hac vice* for specific federal court cases in Alabama, Mississippi, California, Louisiana, Oregon, Washington, New Jersey, Tennessee, and Missouri.

5.      Upon graduation and admission to the Florida Bar, I began practicing in Belle Glade, Florida with the Migrant Farmworker Justice Project of Florida Legal Services, Inc., where I had been awarded a National Association for Public Interest Law Equal Justice Fellowship. In 1998, I moved to New York, where I continued to represent farmworkers in federal litigation until 2004, initially with the Farmworker Law Project of the Legal Aid Society of Mid-New York, Inc. and later with Farmworker Legal Services of New York, Inc. In 2004, I was awarded an Echoing Green Fellowship and co-founded the Workers' Rights Law Center of New York, Inc., where, as Legal Director, I represented low-wage workers in federal litigation (principally class actions) until February 2008.

6.      I began working at the Southern Poverty Law Center ("SPLC") Immigrant Justice Project practice group ("IJP") in March 2008. Within SPLC,

attorneys in the IJP practice group specialized in representing immigrant workers enforcing their civil and employment rights. I served in various roles at SPLC, including as SPLC's Deputy Legal Director. I also was the founder and Director of SPLC's Southeast Immigrant Freedom Initiative.

7.      While at SPLC, I also worked as a *Pro Bono* Short Term Legal Specialist with the American Bar Association Rule of Law Initiative ("ABA-ROLI"), conducting trainings in China, Mongolia, and the Solomon Islands relating to the provision of legal services to human trafficking survivors.

8.      In March 2020, I left SPLC and joined the law firm of Radford & Keebaugh, LLC, in Decatur, Georgia. On October 1, 2023, Radford & Keebaugh became Radford Scott LLP.

9.      I am a Partner at Radford Scott, where I represent plaintiffs in employment and civil rights litigation.

10.      I am recognized as an authority on litigation for labor trafficking survivors and frequently advise non-profit organizations on workers' rights litigation under the Trafficking Victims Protection Act ("TVPA") and the Racketeer Influenced and Corrupt Organizations Act ("RICO").

11.      In addition to the ABA-ROLI *pro bono* trainings, I have presented over 80 times in the United States and Europe on labor trafficking and various other areas of expertise, including workers' employment and civil rights.

12.    I have testified about immigrant labor exploitation before the Organization for Security and Cooperation in Europe in Vienna, Austria; in the Russian Federation as part of a 2010 Bilateral Presidential Commission on Forced Labor and Prisons; and twice before the Equal Employment Opportunity Commission in Washington, DC.

13.    I have authored, co-authored, and contributed chapters to multiple publications related to employment and civil rights.

14.    I have served as counsel for plaintiffs in dozens of employment rights cases, including thirty-six cases filed as class and/or collective actions.

15.    Notably, I was lead trial attorney in *David v. Signal International, LLC*, a complex labor trafficking, discrimination, RICO, and FLSA case (collective action) on behalf of H-2B guest workers from India that led to the largest-ever jury verdict (at that time) in a labor trafficking case. For our work on this case, my team and I were awarded Public Justice's 2015 Trial Lawyer of the Year Award.

16.    I have received several other significant awards, including an Honorary Doctor of Laws from Grinnell College (my alma mater) and the Ohtli Award, one of the highest honors the Government of Mexico bestows to individuals and organizations working with the Mexican community abroad.

17.    In 2020, the U.S. District Court for the Northern District of Georgia found an hourly rate of $525 for me was reasonable. *See Southern Poverty Law*

*Center v. U.S. Dept. of Homeland Security*, No. 1:16-CV-2871-CAP (March 10, 2020). In 2021, the U.S. District Court for the Southern District of Georgia allowed payment of my attorney's fees at the same rate in the context of an FLSA settlement. *See Felix-Rodriguez v. City Pinestraw and Harvesting, LLC*, No. 2:20-cv-00093-LBW-BWC, R. Docs. 19 (March 9, 2021) & 20 (March 10, 2021).

18.     On February 7, 2022, the U.S. District Court for the Western District of Washington awarded my fees at a rate of $600 per hour after our successful motion to remand the case to state court. *See 3S Network, Inc. v. Zenisco, Inc.*, Case No. 2:21-cv-00971-BJR (W.D. Wash.), R. Docs. 20 (Declaration) & 25 (Order).

19.     Courts have found Atlanta-based partner billing rates of as high as $865 per hour to be reasonable. *Com. Roofing Specialties, Inc. v. CRS Roofing Co.*, No. 1:21-CV-02758-SDG, 2023 WL 1965276, at *7 (N.D. Ga. Feb. 13, 2023). Further, according to the *Daily Report*, Atlanta law firm billing rates increased by 9.5 percent in the first nine months of 2023. *See* Spigolon, Thomas, *Even as Billing Rates Soared, Atlanta Law Firms See Slowdown in Revenue Growth*, The Daily Report (Nov.          28,          2023)          (available          at https://www.law.com/dailyreportonline/2023/11/28/even-as-billing-rates-soared-atlanta-law-firms-see-slowdown-in-revenue-growth/?slreturn=20240214120645).

20.     Therefore, on March 27, 2024, the U.S. District Court for the Northern District of Georgia, Rome Division (Whitfield County), recently awarded my fees

at a rate of $600 per hour following a default judgment in a three-plaintiff Fair Labor Standards Act and contract law case. *See Hernandez v. RUTCO, Inc.*, No.4:23-cv-00159-WMR (N.D. Ga.), R. Doc. 16.

21.     During my representation of the Plaintiff in this matter, I have kept contemporaneous time records related to my work. Those time records were recorded in Clio, my law firm's computerized timekeeping software, during the normal course and scope of my work.

22.     During my representation of the Plaintiff in this matter, I spent two and one-half (2.5) hours performing necessary legal services through and including the parties' first motion for approval of the settlement, submitted January 30, 2024.

23.     A complete compilation of my contemporaneous time records is attached hereto as Attachment A.

24.     As set forth in Attachment A, my total attorneys' fees as of January 30, 2024, are $1,500.00.

I declare under penalty of perjury under the laws of the United States that

the foregoing is true and correct to the best of my knowledge.

Dated:    Decatur, Georgia
      May 23, 2024

           Daniel Werner
           Georgia Bar No. 422070
           dwerner@radfordscott.com
           RADFORD SCOTT, LLP
           315 W. Ponce de Leon Ave.
           Suite 1080
           Decatur, Georgia 30030
           (678) 271-0300

# Attachment A

 **RADFORD SCOTT** LLP

**INVOICE**

# Radford Scott LLP

160 Clairemont Ave., Suite 610
Decatur, GA 30030

Phillip Jackson

## 01183-Jackson

## FLSA claims for unpaid wages/retaliation against Modern Business Workplace Solutions

| Date | Attorney | Notes | Quantity | Rate | Total |
|------|----------|-------|----------|------|-------|
| 03/09/2023 | Daniel Werner | Review Jake's draft demand letter (.3); text to Jake re same (.1); meet with Jake re letter (.3). | 0.70 | $600.00 | $420.00 |
| 05/25/2023 | Daniel Werner | Meet with Jake to discuss case strategy, pleading, and causes of action. | 0.40 | $600.00 | $240.00 |
| 06/20/2023 | Daniel Werner | Meet with Jake re case strategy. | 0.30 | $600.00 | $180.00 |
| 12/07/2023 | Daniel Werner | Review/edit mediation statement (.2); confer with Jake re same (.1). | 0.30 | $600.00 | $180.00 |
| 12/12/2023 | Daniel Werner | Legal research re independent contractor v. employee status in support of mediation (.3); Teams messages to Jake re same (.1); meet with Jake re same (.2) | 0.60 | $600.00 | $360.00 |
| 01/03/2024 | Daniel Werner | Confer with Jake re motion to approve FLSA settlement. | 0.20 | $600.00 | $120.00 |

**Total** **$1,500.00**