IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| Phillip JACKSON, | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | |
| v. | ) | 1:23-CV-74-JRH-BKE |
| | ) | |
| Garnett JOHNSON, and Modern | ) | |
| Business Workplace Solutions, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**THIRD JOINT MOTION TO APPROVE**
**SETTLEMENT AND DISMISS WITH PREJUDICE**

Defendants Garnett Johnson and Modern Business Workplace Solutions, LLC ("MBS"), and Plaintiff Phillip Jackson ("Mr. Jackson") (together, "the Parties"), by and through their undersigned counsel, hereby stipulate that the above-captioned matter has been settled and jointly request that the Court approve the Parties' FLSA Settlement Agreement, attached hereto as Exhibit 1. Because Mr. Jackson asserts claims under the Fair Labor Standards Act of 1938, 20 U.S.C. §§ 201 *et seq.* (the "FLSA"), the Parties' settlement requires approval by this Court. A proposed Order is attached as Exhibit 2.

The Court denied the Parties' first motion for approval for several reasons. (Dkts. 14, 15). The Parties resolved all but one of these issues in their second motion, (Dkts. 17, 18), but the Court denied the Parties' second motion, approving one of Plaintiff's counsel at a rate of $450/hour instead of $600/hour in the Augusta market.

Otherwise, the Court has found the settlement agreement satisfies all the relevant standards for approval. (Dkt. 18 at 2-6).

Accordingly, Exhibit 1 hereto reflects the Parties' amended agreement, which is identical to the previous in all respects but that it reduces the total settlement amount by $375, all of which is coming out of the portion designated as attorneys' fees, reflecting Mr. Werner's fees for two and one half (2.5) hours of work at the approved rate of $450/hour, rather than $600/hour as discussed in the previous motion. For this reason and all the reasons already addressed in the Court's previous order, the Parties respectfully submit that the settlement they have reached is consistent with the intent and purpose of the FLSA and the legal requirements of *Lynn's Food Stores, Inc.* and now provides for reasonable attorneys' fees in the Augusta market.

The Parties therefore respectfully request that the Court grant this Joint Motion for Approval of the Settlement, enter the Proposed Order submitted herewith dismissing this action with prejudice, and retain jurisdiction over this case to enforce the Parties' Settlement Agreement.

Respectfully submitted this August 26, 2024.

| | |
|---|---|
| */s/ Daniel W. Hamilton\** <br> Daniel W. Hamilton <br> Georgia Bar No. 320855 <br> */s/ Jason R. Graves* <br> Jason R. Graves <br> Georgia Bar No. 530049 <br> Plunkett Hamilton Manton & Graves, LLP <br> 429 Walker Street, Upper Level <br> Augusta, Georgia 30901 <br> Telephone: (706) 722-6200 <br> dhamilton@phmglaw.com <br> jgraves@phmglaw.com <br><br> *Counsel for Defendants* <br><br> *\*With express permission* | */s/ Jake Knanishu* <br> Jake Knanishu <br> Georgia Bar No. 597103 <br> */s/ Zachary Panter* <br> Zachary Panter <br> Georgia Bar No. 822012 <br> Radford Scott LLP <br> 125 Clairemont Ave. <br> Suite 380 <br> Decatur, Georgia 30030 <br> T: (678) 271-0300 <br> F: (678) 271-0311 <br> jknanishu@radfordscott.com <br> zpanter@radfordscott.com <br><br> *Counsel for Plaintiff* |

## Certificate of Service

    I certify that on August 26, 2024, I filed the foregoing document using the Court's electronic filing system, which will send email notification of such filing to all counsel of record in this matter.

                                        */s/ Jake Knanishu*
                                        Jake Knanishu
                                        Georgia Bar No. 597103