AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

PHILLIP JACKSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 123-074

GARNETT JOHNSON and MODERN BUSINESS WORKPLACE SOLUTIONS, LLC,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 27, 2025, the Parties' renewed Motion for Settlement Approval is granted and the Parties' Joint Second Amended Settlement Agreement and Release is hereby approved. Therefore, this matter is dismissed with prejudice. This case stands closed.



01/27/2025  
*Date*

John E. Triplett, Clerk of Court  
*Clerk*

*Jamie Hodge* (signature)  
(By) Deputy Clerk

GAS Rev 10/2020